UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVONTE DEAMER FIZER, #884143,

        Plaintiff,

v.

        CASE NO. 2:14-CV-13198
        HONORABLE DENISE PAGE HOOD

STEVEN RIVARD, et al.,

        Defendants.
_____/

## OPINION AND ORDER OF DISMISSAL

The Court has before it Plaintiff Javonte Deamer Fizer's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff, a state prisoner at the St. Louis Correctional Facility in St. Louis, Michigan, alleges that his rights were violated during prison misconduct proceedings which resulted in segregation and a loss of privileges. At the time he filed his complaint, Plaintiff did not pay the required filing fee and administrative fee, nor did he submit an application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring Plaintiff to either pay the filing fee and administrative fee, or submit a properly completed application to proceed without prepayment of the filing fee within 30 days – by September 24, 2014. The order provided that if Plaintiff did not do so, his case would be dismissed. Plaintiff has failed to correct the deficiency within the allotted time. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** his complaint. This case is closed.

        **IT IS SO ORDERED**.

        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated: January 21, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 21, 2015, by electronic and/or ordinary mail.

       S/LaShawn R. Saulsberry
       Case Manager